**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

United States of America,

        Plaintiff,

        v.                                          Case No. 1:17cr062

Tujuana Akins,                            Judge Michael R. Barrett

        Defendant.

## **ORDER**

On April 26, 2018, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 32) pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept the Defendant's guilty plea to a two-count superseding indictment charging her with making a false claim for a refund in violation of 18 U.S.C. §287 and attempting to obstruct lawful function of the Internal Revenue Service in violation of 26 U.S.C. §7212a.

Defendant, represented by counsel, waived her right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of her right to contest the R&R (Doc. 32) by filing any objections within fourteen (14) days of the issuance of the R&R pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the R&R (Doc. 32) and **ACCEPTS** Defendant's plea of guilty to the superseding indictment.  Defendant is hereby adjudged guilty of making a false claim for a refund in violation of 18 U.S.C. §287 and attempting to obstruct lawful function of the Internal Revenue Service in violation of 26 U.S.C. §7212a.

**IT IS SO ORDERED.**

                                               *s/Michael R. Barrett*
                                               Michael R. Barrett
                                               United States District Judge